| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* <br> CR-23-00384-001-TUC-JGZ (EJM) |
|---|---|---|
| | | DOCKET NUMBER *(Receiving.Court)* <br> 2:24-cr-00219-RFB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE <br><br> Jacqueline Mejia | DISTRICT <br> District of Arizona | DIVISION <br> 4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Jennifer G. Zipps <br> U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/15/2023    TO 11/14/2026 |

**OFFENSE**

Transportation of Illegal Aliens for Profit, 8 U.S.C. §§1324(a)(1)(A)(ii) and 1324(a)(1)(b)(i), a Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Jacqueline Mejia was released to the District of Nevada and has been supervised in that District since the start of supervision. She has no familial ties to Arizona. Requesting transfer of jurisdiction to the District of Nevada.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jacqueline Mejia, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 9/13/2024 | */s/ Jennifer Zipps* |
|---|---|
| Date | Jennifer G. Zipps <br> U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 9/27/2024 | *[signature]* |
|---|---|
| Effective Date | United States District Judge |